

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-17-00543-CV

GINGER B. STAGG, D.D.S., P.A., Appellant

V.

LISA RICHARDSON, D.D.S., P.A., Appellee

Appeal from the 149th District Court of Brazoria County.  (Tr. Ct. No. 83644-CV).

**TO THE 149TH DISTRICT COURT OF BRAZORIA COUNTY, GREETINGS:**

Before this Court, on the 15th day of March 2018, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on June 12, 2017.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment in the following respects: denying appellant Ginger B. Stagg, D.D.S., P.A.'s motion for summary judgment and granting appellee Lisa Richardson, D.D.S., P.A.'s motion for summary judgment.  Accordingly, the Court **reverses** the trial court's judgment, **renders** judgment that appellant Ginger B. Stagg, D.D.S., P.A. recover $25,000 from appellee Lisa Richardson, D.D.S., P.A., and **remands** this cause to the trial court for the award of attorney's fees, costs, interest, and the entry of a final judgment consistent with this opinion.

The Court **orders** that the appellee, Lisa Richardson, D.D.S., P.A., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 15, 2018.

Panel consists of Justices Bland, Lloyd, and Caughey. Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 25, 2018
_____
Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

